# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

April 5, 2012

## LETTER ORDER

Re:  *United States v. Amin Roland*
     **Criminal No. 11-630 (ES)**

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **April 10, 2012 at 12:00 p.m.** Counsel for Defendant shall initiate the call.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**