UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | Criminal No. 11-630 (ES) |
| Plaintiff, | : | |
| v. | : | **SCHEDULING ORDER** |
| AMIN ROLAND, | : | |
| Defendant. | : | |

This matter having come before the Court for a status conference on April 10, 2012, and for the reasons set forth during that conference, as well as for good cause appearing,

IT IS on this 11th day of April 2012,

**ORDERED** that the United States shall file any opposition to Defendant's motion to dismiss the Indictment on or before **April 17, 2012**; and it is further

**ORDERED** that the Defendant shall reply to the United States' opposition on or before **April 25, 2012**; and it is further

**ORDERED** that the Court will, if necessary, schedule oral argument on any pending pretrial motions at a later date; and it is further

**ORDERED** that trial shall commence on **May 21, 2012**.

**SO ORDERED**.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**