# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>ESTHER SALAS<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

April 30, 2012

## AMENDED SCHEDULING ORDER

**Re:** *United States v. Amin Roland*
**Criminal No. 11-630 (ES)**

Dear Counsel:

Please be advised that the Undersigned amends the dates set forth in the Court's prior scheduling order (*see* Docket Entry No. 25) as follows:

- The Court will have oral argument on the parties' motions *in limine* on **June 5, 2012 at 10:30 a.m.** To the extent additional argument is needed, the hearing will continue on **June 6, 2012 at 12:00 p.m.**

- Trial shall commence on **June 12, 2012 at 10:00 a.m.**

If you have any questions, please call Chambers.

**SO ORDERED**.

                                                   *s/Esther Salas*
                                                 **Esther Salas, U.S.D.J.**