

**U.S. Department of Justice**

United States Attorney
District of New Jersey

GENERAL CRIMES UNIT

---

| | | |
|---|---|---|
| Robert Frazer<br>Assistant U.S. Attorney | 970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | (973) 645-2897<br>*Fax: (973) 645-3497* |

July 26, 2012

**BY EMAIL AND ECF**
The Hon. Esther Salas
District Court Judge

Re: **United States v. Amin Roland**
   **Crim. No. 11-630 (ES)**

Dear Judge Salas:

The Government respectfully requests an extension of time to answer the defendant's post-trial Rule 29 and Rule 33 motions in this matter filed on or about July 10th. Counsel has graciously consented until August 9, 2012, if that is acceptable to the court. Additionally, counsel has asked for two weeks in which to respond to the Government's response. I apologize for the late request as I mistakenly believed I had communicated this request to the court previously.

Very truly yours,

PAUL J. FISHMAN
United States Attorney

By: Robert Frazer
Assistant U.S. Attorney

Michael Murphy, Esq.
Jason Orlando, Esq.
**BY EMAIL**

So Ordered:

ESTHER SALAS, U.S.D.J.
7/30/12